

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ANDERSON REMODELING & CONSTRUCTION, LLC | § § | No. 08-19-00292-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| PATRICK SMITH and ANGELA RAY, | § | of Andrews County, Texas |
| Appellees. | § § | (TC#20,906) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellees recover from Appellant all costs in this Court.   *See* TEX.R.APP.P. 43.5.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2021.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.